UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>      RAFAT MUSTAFA<br><br><br>             Debtor | Chapter 13<br><br>Bankruptcy No. 24-13585-PMM |

### ORDER

Upon consideration of the Objection of Kenneth E. West, Esq., Standing Chapter 13 Trustee, to Debtor's Plan and after notice and hearing, it is ORDERED that the Confirmation of the Plan is denied.

 

_____
Patricia M. Mayer
U.S. BANKRUPTCY JUDGE