United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rafat Mustafa  
    Debtor

Case No. 24-13585-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4  
Date Rcvd: May 20, 2025     Form ID: 155     Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Rafat Mustafa, 3024 Derry Ter, Philadelphia, PA 19154-2519 |
| 14933652 | Citizens Bank, Attn: Bankruptcy One Citizens Dr, Providence, RI 02903 |
| 14933665 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14933677 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14946998 | | Email/PDF: bncnotices@becket-lee.com | May 21 2025 00:22:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14933649 | | Email/PDF: bncnotices@becket-lee.com | May 21 2025 00:33:40 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14933650 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 21 2025 00:14:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14937154 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 21 2025 00:14:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 14933653 | | Email/Text: megan.harper@phila.gov | May 21 2025 00:15:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14933651 | + | Email/Text: bankruptcy@cavps.com | May 21 2025 00:15:00 | Cavalry Portfolio Services, Attn: Bankruptcy Attn: Bankruptcy, 1 American Lane , Ste 220, Greenwich, CT 06831-2563 |
| 14938044 | + | Email/Text: bankruptcy@cavps.com | May 21 2025 00:15:00 | Cavalry SPV I, LLC, PO Box 27288, Tempe AZ 85285-7288 |
| 14937871 | + | Email/Text: bankruptcy@cavps.com | May 21 2025 00:15:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14933654 | | Email/Text: bankruptcy@philapark.org | May 21 2025 00:15:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14933655 | | Email/PDF: creditonebknotifications@resurgent.com | May 21 2025 00:22:00 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14933656 | | Email/Text: mrdiscen@discover.com | May 21 2025 00:14:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14933659 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2025 00:33:35 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14939143 | | Email/Text: mrdiscen@discover.com | May 21 2025 00:14:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14933657 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2025 00:14:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA |

Case 24-13585-pmm    Doc 18    Filed 05/22/25    Entered 05/23/25 00:38:10    Desc Imaged
                        Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 20, 2025 | Form ID: 155 | Total Noticed: 50 |

| Recipient ID | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 14949157 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 21 2025 00:22:19 | JPMorgan Chase Bank, N.A., P.O. Box 15368, Wilmington DE 19850-5368 |
| 14948935 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 21 2025 00:14:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14933658 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 21 2025 00:34:14 | Jpmcb, MailCode LA4-7100 700 Kansas Lane, Monroe, LA 71203 |
| 14958887 | + | Email/Text: bankruptcydpt@mcmcg.com | May 21 2025 00:15:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14933660 | + | Email/Text: bankruptcydpt@mcmcg.com | May 21 2025 00:15:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14933661 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 21 2025 00:14:00 | NMAC, Attn: Bankruptcy, PO Box 660366, Dallas, TX 75266-0366 |
| 14934467 | + | Email/PDF: cbp@omf.com | May 21 2025 00:22:17 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 14933662 | | Email/Text: fesbank@attorneygeneral.gov | May 21 2025 00:14:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14933667 | | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2025 00:14:00 | PNC Financial Services, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 14949934 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2025 00:23:10 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14933668 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2025 00:23:10 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541-1067 |
| 14933663 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2025 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14933664 | ^ | MEBN | May 21 2025 00:09:22 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14943781 | ^ | MEBN | May 21 2025 00:09:16 | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept. 3FL, Philadelphia, PA 19122-2898 |
| 14933666 | | Email/Text: bankruptcy@philapark.org | May 21 2025 00:15:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14933669 | + | Email/Text: bankruptcy@rubinrothman.com | May 21 2025 00:14:00 | Rubin & Rothman, LLC, 1787 Veterans Highway Suite 32, Islandia, NY 11749-1500 |
| 14933670 | + | Email/Text: enotifications@santanderconsumerusa.com | May 21 2025 00:15:00 | Santander Consumer Usa, Attn: Bankruptcy, PO Box 961211, Fort Worth, TX 76161-0211 |
| 14933671 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2025 00:22:20 | Syncb/home Design Se, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14933672 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2025 00:21:58 | Synchrony Bank/PC Richard, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14958197 | | Email/Text: bncmail@w-legal.com | May 21 2025 00:14:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14933674 | + | Email/Text: bankruptcy@td.com | May 21 2025 00:15:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 14939419 | ^ | MEBN | May 21 2025 00:09:18 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14933673 | + | Email/Text: bncmail@w-legal.com | May 21 2025 00:14:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 20, 2025 | Form ID: 155 | Total Noticed: 50 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 55440-9475 |
| 14933675 | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 21 2025 00:15:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14957129 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 21 2025 00:15:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14933676 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 21 2025 00:15:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14957143 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 21 2025 00:15:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14933678 | Email/Text: bankruptcy@visionsfcu.org | May 21 2025 00:14:00 | Visions FCU, Attn: Bankruptcy 24 McKinley Ave, Endicott, NY 13760 |
| 14933679 | Email/Text: bankruptcynotices@vivecard.com | May 21 2025 00:14:00 | Vive Financial, Attn: Bankruptcy Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |
| 14960060 | Email/Text: bankruptcynotices@vivecard.com | May 21 2025 00:14:00 | Vive Financial, P.O. Box 708670, Sandy, UT 84070 |
| 14933680 | + Email/PDF: cbp@omf.com | May 21 2025 00:21:58 | WebBank/OneMain, Attn: Bankruptcy Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 14933681 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | May 21 2025 00:22:27 | Wells Fargo Home Mortgage, Attn: Bankruptcy Dept, PO box 10335, Des Moines, IA 50306-0335 |

TOTAL: 46

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Rafat Mustafa help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 20, 2025 | Form ID: 155 | Total Noticed: 50 |

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Rafat Mustafa<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−13585−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 20, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court